**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF GEORGIA**
**ATLANTA DIVISION**

LYNDA LEE BROOKS,

  Plaintiff,

                                              CASE NO.: 1:25-cv-03239-AT-JSA

v.

LEXISNEXIS RISK SOLUTIONS
INC.,

  Defendant.

_____/

**<u>NOTICE OF SETTLEMENT AS TO DEFENDANT,</u>**
**<u>LEXISNEXIS RISK SOLUTIONS INC.</u>**

COMES NOW Plaintiff, Lynda Lee Brooks, by and through undersigned counsel, and hereby notifies the Court that Plaintiff and Defendant, LexisNexis Risk Solutions Inc. have reached a settlement with regard to this case and within the next 60 days will draft and finalizing the settlement agreement, and general release or documents. Upon execution of the same, the Parties will file the appropriate dismissal documents with the Court.

Dated this 4th day of November, 2025.


Respectfully submitted,

                                          **/s/Octavio Gomez**
                                          Octavio "Tav" Gomez

Florida Bar #:0338620
Georgia Bar #: 617963
Pennsylvania #: 325066
Virginia Bar #: 101194
The Consumer Lawyers PLLC
501 E. Kennedy Blvd., Ste 610
Tampa, FL 33602
Cell: (813)299-8537
Facsimile: (844)951-3933
Primary Email:
Tav@theconsumerlawyers.com
Secondary Email:
Lisa@theconsumerlawyers.com
*Attorney for Plaintiff*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that the foregoing document was filed on this 4th day of November, 2025 via the Court's CM/ECF system which sent electronic notice of such to all parties of record.

**/s/Octavio Gomez**
Octavio "Tav" Gomez
Florida Bar #:0338620
Georgia Bar #: 617963
Pennsylvania #: 325066
Virginia Bar #: 101194
The Consumer Lawyers PLLC
*Attorney for Plaintiff*