**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF GEORGIA**
**ATLANTA DIVISION**

LYNDA LEE BROOKS,

    Plaintiff,

                                  CASE NO.: 1:25-cv-03239-AT-JSA

-vs-

LEXISNEXIS RISK SOLUTIONS, INC.,

    Defendant.

_____/

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE AS TO LEXISNEXIS RISK SOLUTIONS INC.

COME NOW Plaintiff Lynda Lee Brooks ("Plaintiff") and the Defendant, LexisNexis Risk Solutions Inc. ("LexisNexis") pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), and hereby stipulate to dismiss with prejudice of each claim and count asserted by Plaintiff against LexisNexis in the above styled action, with Plaintiff, and LexisNexis to bear their own attorney's fees, costs, and expenses.

Respectfully submitted this 23rd day of December, 2025.

**/s/Octavio Gomez**
Octavio "Tav" Gomez
Florida Bar #:0338620
Georgia Bar #: 617963
Pennsylvania #: 325066
The Consumer Lawyers PLLC
501 E. Kennedy Blvd., Ste 610
Tampa, FL 33602
Cell: (813)299-8537
Facsimile: (844)951-3933
Primary Email:
Tav@theconsumerlawyers.com
Secondary Email:
Lisa@theconsumerlawyers.com
*Attorney for Plaintiff*

**/s/Derek Schwahn**
Derek Schwahn
Georgia Bar No. 910299
Troutman Pepper Locke LLP
600 Peachtree St., NE, Ste 3000
Atlanta, GA 30308
Telephone: 404.885.3124
Fax: 404.885.3900
Email: derek.schwahn@troutman.com
Counsel for LexisNexis Risk Solutions Inc.